IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-02152-MJC |
|    Carlos Raul Pena | : Chapter 13 |
|    Aka Carlos Raul Pena Febres | : |
| | : |
|           Debtor | : |
| | : |
| Westlake Services, LLC | : |
|           Movant | : |
|   vs. | : |
| | : |
| Carlos Raul Pena | : |
| Aka Carlos Raul Pena Febres | : |
|           Debtor/Respondent | : |
|   and | : |
| Jack N Zaharopoulos, Esquire | : |
|           Trustee/Respondent | : |

## **OBJECTION TO CONFIRMATION OF THE AMENDED PLAN**

Westlake Services, LLC ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Amended Chapter 13 Plan of Debtor, Carlos Raul Pena ("Debtor"), as follows:

1. As of the bankruptcy filing date of September 20, 2023, Movant holds a secured Claim against the Debtor's Vehicle, a 2014 Honda Odyssey; VIN: 5FNRL5H60EB106865 (the "Vehicle").

2. On October 17, 2023, Movant filed a Proof of Claim with a total secured claim in the amount of $5,485.17, and a pre-petition arrearage of $947.96.

3. The Amended Plan fails to provide for any payment on Movant's secured claim.

4. The Amended Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

5. Movant objects to the feasibility of the Amended Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chaper 13 Plan.

Respectfully submitted,

Dated: 10/26/2023

/s/Sarah K, McCaffery, Esquire
Sarah K, McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121
smccaffery@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-02152-MJC |
|    Carlos Raul Pena | : Chapter 13 |
|    Aka Carlos Raul Pena Febres | : |
| | : |
|          Debtor | : |
| | : |
| Westlake Services, LLC | : |
|          Movant | : |
|     vs. | : |
| | : |
| Carlos Raul Pena | : |
| Aka Carlos Raul Pena Febres | : |
|          Debtor/Respondent | : |
|     and | : |
| Jack N Zaharopoulos, Esquire | : |
|          Trustee/Respondent | : |

**CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED
PLAN TO PARTIES IN INTEREST**

    I, Sarah K. McCaffery, Esquire, attorney for Westlake Services, LLC ("Movant"), certify that I served a copy of the attached Objection to the Amended Plan to the parties below on 10/26/2023:

Jack N Zaharopoulos, Esquire  
Via Electronic Filing  
*Trustee*

Carlos Raul Pena, PRO SE  
Aka Carlos Raul Pena Febres  
8535 Rolla Rd.  
Cresco, PA 18326  
Via First Class Mail  
*Pro Se Debtor*

Date: 10/26/2023

    Respectfully Submitted,  
/s/ Sarah K. McCaffery, Esquire  
Sarah K. McCaffery, Esquire  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521/Fax 215-855-9121  
smccaffery@hoflawgroup.com