United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 23-02152-MJC
Carlos Raul Pena Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 30, 2023      Form ID: ntcnfhrg      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5568084 | + | AQUA Water, 762 West Lancaster Ave., Bryn Mawr, PA 19010-3402 |
| 5573517 | | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568070 | + | Creditech Collection Solutions, P.O. Box 20330, Lehigh Valley, PA 18002-0330 |
| 5568073 | + | DM PALMISANO, P.O. Box 221, Mountain Home PA 18342-0221 |
| 5568081 | | HAB-DLT Berkheimer, P.O. Box 21690, Lehigh Valley, PA 18002-1690 |
| 5568061 | | Lowes Pro, P.O. Box 669824, Dallas, TX 75266-0781 |
| 5568066 | | NBT BANK, Elan Financial Services, P.O. Box 790408, St. Louis, MO 63179-0408 |
| 5568079 | | PA TURNPIKE TOLL BY PLATE APPEAL, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5568075 | | PORT AUTHORITY NYNJ Air Land Rail Sea, P.O. Box 15187, Albany, NY 12212-5187 |
| 5568058 | + | Synchrony Bank, 3000 Kellway DR., Suite 120 Carrollton, TX 75006-3306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: carlosrpena78@yahoo.com | Oct 30 2023 18:44:00 | Carlos Raul Pena, 8535 Rolla Rd., Cresco, PA 18326-7013 |
| 5568076 | | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 30 2023 18:44:00 | ALLIANCEONE RECEIVABLES MANAGEMENT, INC, P.O.Box 3105, Southeastern, PA 19398-3105 |
| 5568064 | | Email/Text: bk@avant.com | Oct 30 2023 18:45:00 | AVANT,LLC, P.O. Box 1429, Carol Stream IL 60132-1429 |
| 5568059 | + | Email/Text: backoffice@affirm.com | Oct 30 2023 18:45:00 | Affirm, Inc, 30 Isabella Street, 4th Floor, Pittsburgh, PA 15212-5862 |
| 5568077 | | Email/Text: dltlegal@hab-inc.com | Oct 30 2023 18:45:00 | Berkheimer tax innovations, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 5568072 | | Email/Text: bnc-capio@quantum3group.com | Oct 30 2023 18:45:00 | Capio Partners LLC, Dept. 0225, P.O. Box 120225, Dallas, TX 75312-0225 |
| 5568063 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 18:51:31 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5570203 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 18:51:49 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5568062 | | Email/Text: esther@cbhv.com | Oct 30 2023 18:45:00 | Collection Bureau Hudson Valley, P.O. Box 831, Newburgh, NY 12551-0831 |
| 5568068 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2023 18:45:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5568055 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 30 2023 18:44:00 | Crosscountry Mortgage, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 5568444 | + | Email/Text: assetmanagement@dakotafin.com | Oct 30 2023 18:45:00 | Dakota Financial LLC, 11766 Wilshire Blvd STE |

| | | | | |
|---|---|---|---|---|
| | | | | 550, Los Angeles CA 90025-6570 |
| 5568085 | | Email/Text: headwaybnc@enova.com | Oct 30 2023 18:44:00 | Headway Capital, LLC, 175 West Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 5568071 | | Email/Text: Harris@ebn.phinsolutions.com | Oct 30 2023 18:45:00 | Harris & Harris Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 5573515 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2023 18:51:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568083 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 30 2023 18:45:00 | Milestone, Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5568060 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 30 2023 18:44:00 | NJ E-Z Pass, P.O. Box 4971, Trenton, NJ 08650 |
| 5568057 | ^ | MEBN | Oct 30 2023 18:41:31 | PPL Electric Utilities, 2 North 9th street CPC-GEN 1, Allentown, PA 18101-1179 |
| 5568086 | ^ | MEBN | Oct 30 2023 18:41:36 | Prosper Funding LLC, 221 Main Street Suite 300,, San Francisco, CA 94105-1909 |
| 5571529 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2023 18:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5568065 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2023 18:51:33 | Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5568056 | | Email/Text: bankruptcy@bbandt.com | Oct 30 2023 18:45:00 | Sheffield Financial, P.O.BOX 580229, Charlotte NC 28258-0229 |
| 5568751 | | Email/Text: bankruptcy@bbandt.com | Oct 30 2023 18:45:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5568078 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 19:03:35 | Synchrony Bank, P.O. Box 669805, Dallas, TX 75266-0757 |
| 5568080 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:51:49 | Synchrony Bank, P.O. Box 965073, Orlando, FL 32896-5073 |
| 5568082 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:51:29 | Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 5568067 | ^ | MEBN | Oct 30 2023 18:42:17 | Tolls by Mail Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 5568069 | | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 30 2023 18:45:00 | Westlake Financial, P.O. Box 76809, Los Angeles,CA 90076-0809 |
| 5572748 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2023 18:51:35 | Westlake Services LLC, c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services LLC ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carlos Raul Pena,
aka Carlos Raul Pena Febres,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−02152−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2023 |

ntcnfhrg (08/21)