United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 23-02152-MJC

Carlos Raul Pena                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                Page 1 of 2

Date Rcvd: Dec 14, 2023                     Form ID: ortext                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: carlosrpena78@yahoo.com | Dec 14 2023 18:38:00 | Carlos Raul Pena, 8535 Rolla Rd., Cresco, PA 18326-7013 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023                            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CrossCountry Mortgage LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services LLC ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carlos Raul Pena
aka Carlos Raul Pena Febres

Chapter: 13

Case number: 5:23−bk−02152−MJC

**Debtor 1**

# ORDER

Order − After Confirmation Hearing held on 12/14/2023 at which Debtor, Carlos Raul Pena, failed to appear, it is hereby ORDERED that the Objections of the Trustee, Westlake Financial Services, LLC and CrossCountry Mortgage, LLC are hereby SUSTAINED. The Debtor is directed to file and serve an Amended Plan upon all creditors within fourteen (14) days from the date of this Order. IT IS SO ORDERED on 12/14/2023. /s/Mark J. Conway (RE: related document(s)20, [30]). (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)