UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

CASE NO: 5-23-02152-MJC

vs.

CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 3, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on October 13, 2023.

2. A hearing was held and an Order was entered on December 14, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

        Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant          CASE NO: 5-23-02152-MJC

CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court          Date: February 1, 2024
Max Rosenn U.S. Courthouse
Courtroom #2          Time: 10:00 AM
197 S. Main Street
Wilkes Barre, PA 18701

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: January 3, 2024          /s/ Agatha R. McHale, Esquire
         Id: 47613
         Attorney for Trustee
         Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Dr.
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-23-02152-MJC

Movant

vs.

CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 3, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
CARLOS RAUL PENA
8535 ROLLA RD
CRESCO, PA 18326

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 3, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CHAPTER 13

CARLOS RAUL PENA
AKA: CARLOS RAUL PENA FEBRES

CASE NO: 5-23-02152-MJC

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.