United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02152-MJC
Carlos Raul Pena  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 05, 2024      Form ID: ordsmiss      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5568084 | + | AQUA Water, 762 West Lancaster Ave., Bryn Mawr, PA 19010-3402 |
| 5579486 | + | Berkheimer, Agt for Pocono Mountain SD/Barrett twp, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5568070 | + | Creditech Collection Solutions, P.O. Box 20330, Lehigh Valley, PA 18002-0330 |
| 5568073 | + | DM PALMISANO, P.O. Box 221, Mountain Home PA 18342-0221 |
| 5568081 | | HAB-DLT Berkheimer, P.O. Box 21690, Lehigh Valley, PA 18002-1690 |
| 5568061 | | Lowes Pro, P.O. Box 669824, Dallas, TX 75266-0781 |
| 5568066 | | NBT BANK, Elan Financial Services, P.O. Box 790408, St. Louis, MO 63179-0408 |
| 5568079 | | PA TURNPIKE TOLL BY PLATE APPEAL, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5568075 | | PORT AUTHORITY NYNJ Air Land Rail Sea, P.O. Box 15187, Albany, NY 12212-5187 |
| 5568058 | + | Synchrony Bank, 3000 Kellway DR., Suite 120 Carrollton, TX 75006-3306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: carlosrpena78@yahoo.com | Jan 05 2024 18:48:00 | Carlos Raul Pena, 8535 Rolla Rd., Cresco, PA 18326-7013 |
| cr | + | EDI: AISACG.COM | Jan 05 2024 23:42:00 | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5568076 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 05 2024 18:48:00 | ALLIANCEONE RECEIVABLES MANAGEMENT, INC, P.O.Box 3105, Southeastern, PA 19398-3105 |
| 5568064 | | Email/Text: bk@avant.com | Jan 05 2024 18:48:00 | AVANT,LLC, P.O. Box 1429, Carol Stream IL 60132-1429 |
| 5568059 | + | Email/Text: backoffice@affirm.com | Jan 05 2024 18:48:00 | Affirm, Inc, 30 Isabella Street, 4th Floor, Pittsburgh, PA 15212-5862 |
| 5573517 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 18:56:35 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568077 | | Email/Text: dltlegal@hab-inc.com | Jan 05 2024 18:48:00 | Berkheimer tax innovations, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 5568072 | | EDI: CAPIO.COM | Jan 05 2024 23:42:00 | Capio Partners LLC, Dept. 0225, P.O. Box 120225, Dallas, TX 75312-0225 |
| 5568063 | + | EDI: CAPITALONE.COM | Jan 05 2024 23:42:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5570203 | | EDI: CAPITALONE.COM | Jan 05 2024 23:42:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5568062 | | Email/Text: esther@cbhv.com | Jan 05 2024 18:48:00 | Collection Bureau Hudson Valley, P.O. Box 831, Newburgh, NY 12551-0831 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5568068 | + | EDI: CCS.COM | Jan 05 2024 23:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5568055 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 05 2024 18:48:00 | Crosscountry Mortgage, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 5568444 | + | Email/Text: assetmanagement@dakotafin.com | Jan 05 2024 18:48:00 | Dakota Financial LLC, 11766 Wilshire Blvd STE 550, Los Angeles CA 90025-6570 |
| 5568085 | | Email/Text: headwaybnc@enova.com | Jan 05 2024 18:48:00 | Headway Capital, LLC, 175 West Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 5568071 | | EDI: PHINHARRIS | Jan 05 2024 23:43:00 | Harris & Harris Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 5580405 | | EDI: JEFFERSONCAP.COM | Jan 05 2024 23:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 5573515 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 18:56:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568083 | + | EDI: PHINGENESIS | Jan 05 2024 23:43:00 | Milestone, Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5568060 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 05 2024 18:48:00 | NJ E-Z Pass, P.O. Box 4971, Trenton, NJ 08650 |
| 5568057 | ^ | MEBN | Jan 05 2024 18:42:25 | PPL Electric Utilities, 2 North 9th street CPC-GEN 1, Allentown, PA 18101-1179 |
| 5568086 | ^ | MEBN | Jan 05 2024 18:42:16 | Prosper Funding LLC, 221 Main Street Suite 300,, San Francisco, CA 94105-1909 |
| 5576363 | | EDI: Q3G.COM | Jan 05 2024 23:42:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5571529 | | EDI: Q3G.COM | Jan 05 2024 23:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5568065 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 18:56:27 | Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5568056 | | Email/Text: bankruptcy@bbandt.com | Jan 05 2024 18:48:00 | Sheffield Financial, P.O.BOX 580229, Charlotte NC 28258-0229 |
| 5568751 | | Email/Text: bankruptcy@bbandt.com | Jan 05 2024 18:48:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5568078 | | EDI: SYNC | Jan 05 2024 23:42:00 | Synchrony Bank, P.O. Box 669805, Dallas, TX 75266-0757 |
| 5580518 | + | EDI: AIS.COM | Jan 05 2024 23:43:00 | Synchrony Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5568080 | | EDI: SYNC | Jan 05 2024 23:42:00 | Synchrony Bank, P.O. Box 965073, Orlando, FL 32896-5073 |
| 5568082 | | EDI: SYNC | Jan 05 2024 23:42:00 | Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 5580852 | | EDI: AIS.COM | Jan 05 2024 23:43:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5568067 | ^ | MEBN | Jan 05 2024 18:42:23 | Tolls by Mail Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 5578077 | | EDI: USBANKARS.COM | Jan 05 2024 23:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5568069 | | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 05 2024 18:48:00 | Westlake Financial, P.O. Box 76809, Los Angeles,CA 90076-0809 |
| 5572748 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | Jan 05 2024 18:56:27 | Westlake Services LLC, c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |
| --- | --- | --- |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5580317 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CROSSCOUNTRY MORTGAGE, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor CrossCountry Mortgage  LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage  LLC mfarrington@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services  LLC ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Carlos Raul Pena, <br> aka Carlos Raul Pena Febres, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−02152−MJC |

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 5, 2024

ordsmiss (05/18)